THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-758-F

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| HARBOR LIGHT ASSET MANAGEMENT, LLC AND MICHAEL ANTHONY JENKINS, ) ) ) ) | **ECF Case** |
| Defendants. ) ) ) ) ) ) ) | **Clerk's Certificate of Default** |

I, JULIE A. RICHARDS, Clerk of the United States District Court for the Eastern District of North Carolina, do hereby certify that this action commenced on November 20, 2012, with the filing of a summons and complaint. Copies of the summons and complaint were served on Defendant Michael Anthony Jenkins and Harbor Lights Asset Management, LLC ("HLAM") by personal service on Michael Anthony Jenkins for himself and as agent for HLAM on November 26, 2012. Proof of such service was filed with the Court on November 26, 2012.

I further certify that the docket entries indicate that Michael Anthony Jenkins and HLAM have not appeared, filed an answer or otherwise moved with respect to the complaint herein. The default of Michael Anthony Jenkins and HLAM are hereby noted.

Dated: Raleigh, North Carolina

March 1, 2013

Julie A. Richards
Clerk of the Court

*Julie A. Richards*